John P. Kristensen, admitted pro hac vice
CARPENTER & ZUCKERMAN
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: 310.507.7924
Facsimile: 310.858.1063

Attorney for Plaintiff Tim Artoff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| TIM ARTOFF, individually on behalf of himself and all others similarly situated,<br><br>                        Plaintiffs,<br><br>  v.<br><br>POLARIS INDUSTRIES INC., a Delaware corporation; POLARIS SALES INC., a Minnesota corporation; POLARIS INDUSTRIES INC., a Minnesota corporation; DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 1:22-cv-00514-MC<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between plaintiff Tim Artoff and defendants Polaris Industries Inc., Polaris Sales Inc., and Polaris Inc. (f/k/a Polaris Industries Inc.), through their undersigned counsel, to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this ___8th___ day of ___September___ 2023.


   /s/Michael J. McShane
   Judge Michael J. McShane
   U.S. District Court Judge


IT IS SO STIPULATED:


PAGE 1 – STIPULATED JUDGMENT OF DISMISSAL WITH
       PREJUDICE

CARPENTER & ZUCKERMAN
8827 W. Olympic Boulevard
Beverly Hills, California 90211
310.507.7924  FAX: 310.858.1063

11723-00011/14295087.1

DATED:  September 5, 2023

CARPENTER & ZUCKERMAN

By: */s/ John P. Kristensen*
   John P. Kristensen, *admitted pro hac vice*
   8827 W. Olympic Boulevard
   Beverly Hills, California 90211
   Telephone: 310.507.7924
   Facsimile: 310.858.1063

S. AMANDA MARSHALL LLC
   S. Amanda Marshall, OSB No. 953473

LAW OFFICES OF TODD M.
FRIEDMAN, P.C.
   Todd M. Friedman, *admitted pro hac vice*
   Adrian R. Bacon, *admitted pro hac vice*

*Attorneys for Plaintiff*

DATED:  **September 5, 2023**

LANE POWELL PC

By: */s/ Pilar C. French*
   Pilar C. French, OSB No. 962880
   John S. Devlin III, *admitted pro hac vice*
   601 SW Second Avenue, Suite 2100
   Portland, Oregon 97204
   Telephone:  503.778.2100
   Facsimile:  503.778.2200

KIRKLAND & ELLIS LLP
   Andrew B. Bloomer, *admitted pro hac vice*
   Paul D. Collier, *admitted pro hac vice*
   Kelsey Bleiweiss, *admitted pro hac vice*
   Evan Ribot, *admitted pro hac vice*
   Wendy L. Bloom, *admitted pro hac vice*
   Dan Sinclair, *admitted pro hac vice*
   Telephone:  312.862.2000

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
   R. Allan Pixton *admitted pro hac vice*
   Telephone:  312.705.7400

*Attorneys for Defendants Polaris Industries Inc.,*
*Polaris Sales Inc., and Polaris Inc. (f/k/a Polaris*
*Industries Inc.)*

PAGE 2 –  STIPULATED JUDGMENT OF DISMISSAL WITH
           PREJUDICE

**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
310.507.7924  FAX: 310.858.1063

11723-00011/14295087.1